UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD LEE KING,<br><br>                Petitioner,<br><br>    v.<br><br>MAGGIE MILLER-STOUT,<br><br>                Respondent. | Case No. C08-1770-MJP<br><br>ORDER DENYING RESPONDENT'S<br>MOTION TO DISMISS PETITION |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Respondent's motion to dismiss the petition as a "second or successive" petition under 28 U.S.C. § 2244(b)(3)(A) (Dkt. No. 7) is DENIED.

(3) Respondent, upon receipt of Magistrate Judge Tsuchida's Report and Recommendation, has filed an Answer and Memorandum of Authorities responding to Mr. King's petition. (<u>See</u> Dkt. No. 12.)

//

//

ORDER DENYING MOTION TO DISMISS

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Tsuchida.

DATED this 5th day of May, 2009.

Marsha J. Pechman
United States District Judge

ORDER DENYING MOTION TO DISMISS