UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD LEE KING,

                Petitioner,

   v.

MAGGIE MILLER-STOUT,

                Respondent.

Case No. C08-1770-MJP

ORDER DENYING FEDERAL HABEAS PETITION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, Respondent's answer to the petition, Petitioner's reply, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, Petitioner's objections to the Report and Recommendation, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's objections do not refute the core of Judge Tsuchida's analysis: Mr. King does not have a liberty interest in release prior to the expiration of his sentence. (See Dkt. No. 22.) Mr. King does, however, point to a typographical error in the proposed judgment form and the Court corrects the error in today's judgment. (Id. at 1.)

ORDER DENYING FEDERAL HABEAS PETITION - 1

(3) Petitioner's federal habeas petition (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice.

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Tsuchida.

DATED this 18th day of December, 2009.

Marsha J. Pechman
United States District Judge

ORDER DENYING FEDERAL HABEAS PETITION - 2